LONNIE BYRD, *Plaintiff in Error*, v. THE STATE OF FLORIDA, *Defendant in Error*.

### Opinion filed Nov. 4, 1915.

1.  A receiver of stolen goods is not relieved of guilt because he paid value for them.

2.  The evidence supports the verdict.

Writ of Error to Circuit Court, Jackson County; D. J. Jones, Judge.

Judgment affirmed.

*John H. Carter,* for Plaintiff in Error;

*T. F. West,* Attorney General, and *C. O. Andrews,* Assistant, for the State.

PER CURIAM.—The only question presented is the sufficiency of the evidence to sustain the conviction of knowingly receiving stolen property.   There can be no question that the accused got the property from the

thief, and we think the evidence sufficiently shows that he knew that it was stolen. It is immaterial that the accused paid value for what he received, he is none the less a "receiver" under the statute.

We find no substantial variance between the allegation and the proof, and the judgment is affirmed.

TAYLOR, C. J., and SHACKLEFORD, COCKRELL, WHITFIELD and ELLIS, JJ., concur.